**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William HAZEL, a/k/a Beanie,
Defendant–Appellant.**

No. 02–7945.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 14, 2003.

William Hazel, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Hazel seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Hazel has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* —— U.S. ——, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*